# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3792

_____

United States of America,

*Plaintiff - Appellee,*

v.

Shawn Leo Barth,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the District of North Dakota - Bismarck

_____

Submitted: October 12, 2018
Filed: November 5, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Shawn Leo Barth appeals the district court's[1] denial of his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). We agree with the district court that Barth

_____

[1]The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.

was ineligible for the requested sentence reduction based on an amendment to the United States Sentencing Guidelines because his original sentence was derived from the applicable statutory minimum. *See United States v. Long*, 757 F.3d 762, 763-64 (8th Cir. 2014). We therefore affirm the district court's order. *See* 8th Cir. R. 47B.

_____